IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00215-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AARON JAMES ABNEY,

    Defendant.

---

**ORDER RESETTING CHANGE OF PLEA HEARING**

---

    This matter is before the Court on defendant's unopposed Motion to Continue Change of Plea Hearing (Dkt. # 13).  It is hereby

    ORDERED that the motion is GRANTED and the change of plea hearing currently set for October 23, 2006 is RESET to **Wednesday, November 29, 2006 at 8:15 a.m.**  Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Figa's chambers and to the Probation Department no later than **noon on November 27, 2006**.

    DATED: October 17, 2006

                                                          BY THE COURT:

                                                          *s/ Phillip S. Figa*
                                                          _____
                                                          Phillip S. Figa
                                                          United States District Judge