IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00215-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AARON JAMES ABNEY,

    Defendant.

## ORDER RESETTING CHANGE OF PLEA HEARING

This matter is before the Court on the Government's Agreed Motion for a Continuance of the Change of Plea Hearing (Dkt. # 16).  It is hereby

ORDERED that the motion is GRANTED and the change of plea hearing currently set for November 29, 2006 is RESET to **Friday, January 5, 2007 at 11:00 a.m.**  Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Figa's chambers and to the Probation Department no later than **noon on January 3, 2007**.

    DATED:  November 28, 2006

                                                    BY THE COURT:

                                                  *s/ Phillip S. Figa*
                                                  _____
                                                  Phillip S. Figa
                                                  United States District Judge