IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00215-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AARON JAMES ABNEY,

    Defendant.

---

**ORDER RESETTING CHANGE OF PLEA HEARING**

---

This matter is before the Court on defendant's Motion to Reschedule Change of Plea Hearing (Dkt. # 20). It is hereby

ORDERED that the motion is GRANTED and the change of plea hearing currently set for January 25, 2007 at 8:15 a.m. is RESET to **Friday, February 9, 2007 at 9:00 a.m.** Courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" are to be delivered separately to Judge Figa's chambers and to the Probation Department no later than **noon on February 7, 2007**.

    DATED: January 24, 2007

                                              BY THE COURT:

                                              *s/ Phillip S. Figa*

                                              _____
                                              Phillip S. Figa
                                              United States District Judge